UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Javece Wilson, | Case No. 21-cv-0606 (WMW/BRT) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Warden Fikes, | |
| Respondent. | |

---

Before the Court is the November 10, 2021 Report and Recommendation (R&R) of then-United States Magistrate Judge Katherine M. Menendez. (Dkt. 16.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The November 10, 2021 R&R, (Dkt. 16), is **ADOPTED**.

2. Petitioner Javece Wilson's petition for a writ of habeas corpus, (Dkt. 1), is **DENIED**.

3. This matter is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 16, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge